AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Motz, Diana G. | Fourth Circuit Court of Appeals | 06/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Fourth Circuit Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
101 West Lombard St., 9th Fl.
Baltimore, Maryland 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Generation Skipping Trust |
| 2. | Custodian | College Savings Plan |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 03/28/2012 | New Haven, Connecticut | Statutory Interpretation Conference | Lodging, food, train |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  DGM | | | | | | | | | |
| 2.  Altria | A | Dividend | K | T | | | | | |
| 3.  Apple | A | Dividend | M | T | | | | | |
| 4.  CVS | A | Dividend | K | T | | | | | |
| 5.  Campbell Soup | A | Dividend | J | T | | | | | |
| 6.  Chevron/Texaco | A | Dividend | K | T | | | | | |
| 7.  Direct TV | A | Dividend | L | T | | | | | |
| 8.  Exxon Mobil | D | Dividend | N | T | | | | | |
| 9.  General Electric | A | Dividend | K | T | | | | | |
| 10.  Hillshire Brands (Sara Lee) | A | Dividend | J | T | Sold (part) | 08/13/12 | J | A | |
| 11.  IBM | C | Dividend | M | T | | | | | |
| 12.  iShares S&P 500 | A | Dividend | K | T | Buy | 05/10/12 | K | | |
| 13.  iShares S&P 500 | A | Dividend | | | Buy | 05/14/12 | K | | |
| 14.  iShares S&P 500 | A | Dividend | | | Sold | 06/28/12 | K | A | |
| 15.  iShares S&P 500 | A | Dividend | | | Buy | 12/26/12 | J | | |
| 16.  iShares MSCI EAFE Index | A | Dividend | K | T | Buy | 12/31/12 | K | | |
| 17.  iShares Tr. Russell 2000 Index | A | Dividend | K | T | Buy | 12/31/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares S&P Small Cap | A | Dividend | L | T | Buy | 05/10/12 | J | | |
| 19. iShares S&P Small Cap | A | Dividend | | | Buy | 05/14/12 | J | | |
| 20. iShares S&P Small Cap | A | Dividend | | | Buy | 06/28/12 | K | | |
| 21. iShares S&P Small Cap | A | Dividend | | | Buy | 12/26/12 | K | | |
| 22. Kinder Morgan LLC Shares | A | Dividend | L | T | Buy | 12/21/12 | L | | |
| 23. Kraft | A | Dividend | J | T | | | | | |
| 24. Merck | A | Dividend | K | T | | | | | |
| 25. Mondelez (Kraft) | A | Dividend | J | T | | | | | |
| 26. Pepsico | B | Dividend | K | T | | | | | |
| 27. Philip Morris Int'l, Inc. | B | Dividend | K | T | | | | | |
| 28. Pothash Corp | A | Dividend | L | T | | | | | |
| 29. T. Rowe Price | A | Dividend | M | T | | | | | |
| 30. Standard & Poors Depository Receipts | B | Dividend | M | T | | | | | |
| 31. Stanley Black & Decker | B | Dividend | K | T | | | | | |
| 32. Union Pacific | B | Dividend | M | T | | | | | |
| 33. Yum Brands | A | Dividend | L | T | | | | | |
| 34. MD. Bond | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Puerto Rico Elec Bond | A | Interest | K | T | Buy | 10/2/12 | K | | |
| 36. Puerto Rico Pub. Impt. Bond | A | Interest | K | T | Buy | 11/05/12 | K | | |
| 37. Puerto Rico Ele. Bond | A | Interest | K | T | Buy | 12/22/12 | K | | |
| 38. Puerto Rico Infrastructure Bond | A | Interest | K | T | Buy | 08/28/12 | K | | |
| 39. Puerto Rico Ele. Bond | A | Interest | K | T | Buy | 08/30/12 | K | | |
| 40. Puerto Rico Ele. Bond | A | Interest | K | T | Buy | 12/13/12 | K | | |
| 41. Fidelity Maryland Municipal | B | Interest | M | T | | | | | |
| 42. Fidelity Maryland Municipal | A | Interest | N | T | Buy | 05/01/12 | K | | |
| 43. Fidelity Maryland Municipal | B | Interest | N | | Buy | 08/13/12 | L | | |
| 44. DFA Emerging Mkt. | B | Dividend | L | T | Buy | 05/10/12 | L | | |
| 45. TRP New Asia | A | Dividend | K | T | | | | | |
| 46. TRP Tax Free Maryland Fund | D | Interest | N | T | Buy | 04/16/12 | M | | |
| 47. TRP Tax Free Maryland Fund | A | Interest | | | Buy | 09/07/12 | M | | |
| 48. Vanguard Hi Yield | D | Interest | M | T | Buy | 05/01/12 | M | | |
| 49. Vanguard Hi Yield | D | Interest | | | Buy | 12/31/12 | M | | |
| 50. Duke Realty | A | Dividend | K | T | | | | | |
| 51. Wash. Real Estate Inv. Trust | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Mun. Mony Mkt | A | Interest | N | T | Buy | 4/5/12 | N | | |
| 53. AES Corp | A | Dividend | | | Sold | 12/31/12 | K | A | |
| 54. Macy's | A | Dividend | | | Sold | 12/26/12 | L | D | |
| 55. Praxair | B | Dividend | | | Sold | 12/31/12 | M | E | |
| 56. iShares Tr MSCI Emergency Mkts | A | Dividend | | | Sold | 05/10/12 | L | A | |
| 57. iShares Tr MSCI Emergency Mkts | A | Dividend | | | Buy | 04/10/12 | K | | |
| 58. iShares Tr MSCI Emergency Mkts | A | Dividend | | | Buy | 04/19/12 | K | | |
| 59. iShares Tr MSCI Emergency Mkts | A | Dividend | | | Buy | 05/09/12 | J | | |
| 60. iShares Tr MSCi Emergency Mkts | A | Dividend | | | Buy | 04/05/12 | K | | |
| 61. iShares Core Mid-Cap | A | Dividend | | | Buy | 05/10/12 | J | | |
| 62. iShares Core Mid-Cap | A | Dividend | | | Buy | 05/14/12 | K | | |
| 63. iShares Core Mid-Cap | A | Dividend | | | Sold | 08/13/12 | K | A | |
| 64. TRP Global | A | Dividend | | | Sold | 04/19/12 | L | A | |
| 65. TRP Equity Income (IRA) | A | Dividend | | | Sold | 04/04/12 | K | A | |
| 66. TRP Spectrum Growth | A | Dividend | | | Sold | 04/19/12 | L | D | |
| 67. TRP Spectrum Growth | A | Dividend | | | Sold | 06/18/12 | L | D | |
| 68. DeMaster Blenders | A | Dividend | | | Sold | 08/13/12 | J | | See note 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRP Prime Reserve | C | Interest | | | Sold | 04/05/12 | P1 | A | |
| 70. JFM | | | | | | | | | |
| 71. Apple | A | Dividend | M | T | Buy | 12/26/12 | L | | |
| 72. Exxon Mobil | B | Dividend | M | T | | | | | |
| 73. IBM | B | Dividend | M | T | Sold (part) | 12/26/12 | M | F | |
| 74. iShares Tr Russell 1000 | A | Dividend | M | T | Buy | 04/23/12 | K | | |
| 75. iShares Tr Russell 1000 | A | Dividend | | | Buy | 05/07/12 | K | | |
| 76. iShares Tr Russell 1000 | A | Dividend | | | Buy | 05/10/12 | J | | |
| 77. iShares Tr Russell 1000 | A | Dividend | | | Buy | 12/26/12 | K | | |
| 78. iShares Tr Russell 1000 | A | Dividend | | | Buy | 12/26/12 | K | | |
| 79. iShares TR S&P Small Cap 600 | A | Dividend | K | T | Buy | 12/26/12 | K | | |
| 80. iShares TR S&P Small Cap 600 | A | Dividend | | | Buy | 12/28/12 | K | | |
| 81. iShares Core MSCI EAFE | A | Dividend | L | T | Buy | 12/26/12 | L | | |
| 82. Merck | A | Dividend | K | T | | | | | |
| 83. Pepsico | B | Dividend | K | T | | | | | |
| 84. T. Rowe Price | A | Dividend | M | T | Sold (part) | 12/24/12 | L | B | |
| 85. Stanley Black & Decker | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Charles County Bond | A | Dividend | J | T | | | | | |
| 87. Spartan Extended Mkt. | A | Dividend | K | T | Buy | 12/26/12 | K | | |
| 88. Fidelity Maryland Municipal | B | Interest | N | T | Buy | 12/26/12 | L | | |
| 89. Fidelity Maryland Municipal | B | Interest | N | | Buy | 12/31/12 | K | | |
| 90. Fidelity Md Mun. | A | Dividend | M | T | | | | | |
| 91. DFA TA World | B | Dividend | L | T | Buy | 05/14/12 | L | | |
| 92. TRP Equity Income | B | Dividend | L | T | | | | | |
| 93. TRP-New ERA | A | Dividend | L | T | Sold (part) | 04/10/12 | K | A | |
| 94. T Rowe Price State Tax Free Maryland | A | Interest | M | T | | | | | |
| 95. TRP - Value | A | Dividend | L | T | | | | | |
| 96. Fid. Mun. Mony Mkt. | A | Interest | N | T | Buy | 4/15/12 | N | | |
| 97. TRP Global | A | Dividend | | | Sold | 04/05/12 | K | A | |
| 98. TRP Spectrum Growth | A | Dividend | | | Sold | 04/19/12 | K | B | |
| 99. Apple Options | | None | | | Sold | 12/26/12 | J | | |
| 100. Dupont | A | Dividend | | | Sold | 04/19/12 | J | A | |
| 101. Nicholas Fund | A | Dividend | | | Sold | 04/20/12 | L | A | |
| 102. TRP New Horizons Fund | A | Dividend | | | Sold | 12/26/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TRP Growth Stock | A | Dividend | | | Sold | 04/23/12 | K | D | |
| 104. General Electric | A | Dividend | | | Sold | 06/28/12 | K | D | |
| 105. Exelon (Constellation Energy) | B | Dividend | | | Sold | 12/26/12 | K | A | |
| 106. PNC | A | Dividend | | | Sold | 12/26/12 | M | A | |
| 107. Montgomery County Bond | A | Interest | | | Redeemed | 06/01/12 | K | A | |
| 108. Summit Cash Reserve | A | Interest | | | Sold | 04/05/12 | M | A | |
| 109. DGM-IRA | | | | | | | | | |
| 110. iShares iBoxx Hi Yield | A | Dividend | L | T | Buy | 04/16/12 | K | | |
| 111. iShares iBoxx Hi Yield | A | Dividend | | | Buy | 04/19/12 | K | | |
| 112. iShares iBoxx Hi Yield | A | Dividend | | | Buy | 09/07/12 | K | | |
| 113. Artio Global Hi Income | A | Dividend | L | T | Buy | 08/13/12 | L | | |
| 114. Payden Hi Income | A | Dividend | L | T | Buy | 08/13/12 | K | | |
| 115. Vanguard Hi Yield Corporate | A | Dividend | M | T | Buy | 05/01/12 | M | | |
| 116. Fidelity Cash Reserves | A | Interest | J | T | Buy | 4/5/12 | J | | |
| 117. Invesco Constellation | A | Interest | | | Sold | 04/05/12 | K | A | |
| 118. TRP - Capital Opp. | A | Dividend | | | Sold | 04/10/12 | K | A | |
| 119. TRP - Health Sciences | A | Dividend | | | Sold | 04/05/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRP Global | A | Dividend | | | Sold | 04/16/12 | K | A | |
| 121. TRP - New Asia | A | Dividend | | | Sold | 04/16/12 | L | A | |
| 122. TRP- Small - Cap Value | A | Dividend | | | Sold | 04/16/12 | L | A | |
| 123. TRP - Value Fund | A | Dividend | | | Sold | 04/10/12 | K | A | |
| 124. TRP Prime Reserve | A | Dividend | | | Sold | 04/04/12 | L | A | |
| 125. JFM-IRA | | | | | | | | | |
| 126. iShares IBoxx High Yield | A | Dividend | L | T | Buy | 04/04/12 | L | | |
| 127. SPDR - Barclays Hi Yield | A | Dividend | L | T | Buy | 04/16/12 | L | | |
| 128. TCW Total Return | A | Dividend | L | T | Buy | 08/13/12 | L | | |
| 129. Vanguard Intermed Trn. | A | Dividend | L | T | Buy | 04/05/12 | L | | |
| 130. Fidelity Cash Reserve | A | Interest | K | T | Buy | 04/05/12 | K | | |
| 131. Exxon Mobil | A | Dividend | | | Sold | 04/05/12 | L | | |
| 132. TRP Equity Income | A | Dividend | | | Sold | 04/04/12 | K | A | |
| 133. TRP Global | A | Dividend | | | Sold | 04/16/12 | K | | |
| 134. TRP Growth Stock | A | Dividend | | | Sold | 04/05/12 | K | D | |
| 135. TRP Prime Reserve | A | Dividend | | | Sold | 04/04/12 | L | A | |
| 136. U.S. Treasury Bonds | A | Interest | | | Matured | 02/15/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. GS Trust | | | | | | | | | |
| 138. TRP Blue Chip Growth | A | Dividend | M | T | | | | | |
| 139. TRP International Bond | A | Dividend | K | T | | | | | |
| 140. TRP International Stock | A | Dividend | K | T | | | | | |
| 141. TRP Prime Reserve | A | Dividend | M | T | | | | | |
| 142. TRP Equity Income | B | Dividend | L | T | | | | | |
| 143. TRP Growth Stock | B | Dividend | L | T | | | | | |
| 144. TRP Spectrum Growth | B | Dividend | L | T | | | | | |
| 145. TRP Global | A | Dividend | L | T | | | | | |
| 146. TRP New Era | A | Dividend | K | T | | | | | |
| 147. CSP | | | | | | | | | |
| 148. CSP-MD, Coll. Invest. Plan Portfolio 2027(no control)custod | A | Dividend | K | T | Buy | 12/24/12 | J | | |
| 149. CSP-MD, Coll. Invest. Plan Portfolio 2027(no control)custod | A | Dividend | K | T | Buy | 12/24/12 | J | | |
| 150. CSP-MD, Coll. Invest. Plan Portfolio 2027(no control)custod | A | Dividend | J | T | Buy | 12/24/12 | J | | |
| 151. CSP-MD, Coll. Invest. Plan Portfolio 2027(no control)custod | A | Dividend | J | T | Buy | 12/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - DeMaster Blenders was a spin-off of Hillshire Brands.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diana G. Motz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544